# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 2–15–21315–PRW |
| Michael Templeton Taylor | Chapter: 7 |
| | SSN: xxx–xx–2818 |
| Debtor(s) | |

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # *35* – Amended Schedules and/or Statements filed: Schedule B, Schedule C, Summary of Schedules, Statistical Summary of Certain Liabilities, Declaration re: Schedules. on behalf of Debtor Michael Templeton Taylor. (Attachments: # 1 Schedule Amended Schedule B # 2 Schedule Amended Schedule C # 3 Affidavit Declaration of Schedules # 4 Schedule Summary of Schedules # 5 Certificate of Service) Filed by Attorney (Furlano, Michael)

**MISSING OR INCOMPLETE:**

[ ]  Amendment is missing:  [ ] Cover Sheet;  [ ] Certificate of Service;  [ ] Amended Summary of Assets & Liabilities
    [ ] To e–file, use: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
    [ ] To e–file, use: Bankruptcy > Other > Cover Sheet.    [ ] To e–file, use: Bankruptcy > Other > Certificate of Service.

[ ]  Signature or Electronic Equivalent is missing from

[ ]  Chapter 13 Plan (Official Form 113):  [ ] is missing the Debtor's signature;  [ ] is missing the Attorney's signature; [ ] is missing the Exhibit: Total Amount of Estimated Trustee Payments;  [ ] Current Version of Official Form 113 must be used, see Notice to Attorneys 17–02.  *Certificate of Service of the plan* does not include [ ] all creditors;  [ ] complete mailing addresses;  [ ] method of service. File a new Certificate of Service indicating proper service.

[ ]  The Debtor name(s) on the pdf does not coincide with the case number.

[ ]  Cover Sheet: **To e–file, use: Bankruptcy > Other > Cover Sheet and link back to the original document.** Click here for NYW Cover Sheets.

[ ]  Notice of Motion: [ ] Incorrect Hearing Date;  [ ] Incorrect Hearing Time;  [ ] Incorrect Hearing Location.

[ ]  Notice of Motion: .

[ ]  Certificate of service  **To e–file, use: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ ]  Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. **To e–file, use: Bankruptcy > Other > Certificate of Service and link back to the original document.** The Clerk's office cannot give legal advice.

[ ]  The required Supplement to Official Form 103B is missing. Click here for Supplement.

[ ]  Official Form 423 is missing.   Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **To e–file, use: Bankruptcy > Other > Financial Management Course**.

[ X ]  Other: The current version of the bankruptcy forms were not used.

**ADDITIONAL INFORMATION: Motion Practice and Hearing Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov. Click here.**

[ ]  This motion **WILL NOT** be considered by the Court.

[ ]  To e–file, use: Bankruptcy/Adversary > Motions > AMENDED MOTION.  Link the Amended Motion to the original motion.

[ ]  To e–file, use: Bankruptcy >

| | |
|---|---|
| Date: February 15, 2018 | Lisa Bertino Beaser, Clerk of the Bankruptcy Court |
| | By: K. Saetta, Deputy Clerk |

Form defygen/Doc 37
www.nywb.uscourts.gov