UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    MICHAEL TEMPLETON TAYLOR

Chapter 7
Case No.: 15-21315

              Debtor.

## ORDER APPROVING SETTLEMENT
## OF PREVIOULSY NON-DISCLOSED PERSONAL INJURY CLAIM

The Trustee having moved this Court for permission to settle the Estate's rights in in connection with the personal injury claim of Michael Templeton Taylor ("Debtor") resulting from a motor vehicle accident on October 16, 2015, and the matter having come on to be heard on June 14, 2018, upon notice to all creditors and no one appearing in opposition thereto, and it appearing that the settlement is in the best interest of the creditors of the Estate,

**ON MOTION** of McConville, Considine, Cooman & Morin, P.C., Lucien A. Morin, II, Esq., of counsel, attorneys for the Trustee, it is hereby

**ORDERED**, that the Trustee's motion is hereby granted in all respects; and it is further

**ORDERED**, that pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Trustee is hereby authorized to settle the claim in the total amount of $17,000, of which $180.83 was previously paid to CMS Center For Medicare and Medicaid Services for its lien, leaving $16,819.17 (the "Settlement"), in full settlement of all the Estate's rights; and it is further

**ORDERED**, that the $16,819.17 be turned over to the Trustee; and it is further

**ORDERED,** that the Trustee is hereby authorized to execute a release and any other documents necessary to effect this compromise; and it is further

**ORDERED**, that the Trustee shall hold distribution of the $16,819.17 pending further order of this Court.

Dated: __June 14__, 2018
      Rochester, New York

                                  Hon. Paul R. Warren
                                  U.S. Bankruptcy Judge